ORDERED in the Southern District of Florida on  NOV 1 8 2010



John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 08-22409-JKO
CHAPTER 11 CASE

IN RE:

DIANA K SAUNDERS

Debtor.
_____/

### ORDER GRANTING MODIFICATION OF STAY

THIS CASE came before the court, upon Motion for Relief from Stay (Docket # 307) filed pursuant to local rule 4001-1(c) by **AMERICA'S SERVICING COMPANY AS SERVICER FOR HSBC BANK USA, N.A AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-AR4,** a secured creditor, and there being no objections to the entry of this order within the fourteen days negative notice period set forth therein, and the Court based on the record,

ORDERED AND ADJUDGED as follows:

1. That the Motion for Relief from Stay is, granted so that Movant may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

10-26732                    Page 1 of 2

SPACE INTENTIONALLY LEFT BLANK

Parcel One (1):

Lot Seventy-One (71) of WEXFORD III as shown by map thereof on file in Book 114 of Plats, Page 34 in the Office of the County Recorder of Clark County, Nevada.

Reserving therefrom a non-exclusive easement for ingress, egress, use and enjoyment and public utility purposes, on, over and across the private streets and common areas on the map referenced hereinabove.

Parcel Two (2):

A non-exclusive easement for ingress, egress, use and enjoyment and public utility purposes on, over and across the private streets and common areas on the map referenced hereinabove, which easement is appurtenant to Parcel One (1).

2. It is further ORDERED, ADJUGED and DECREED that the Order granting relief from the automatic stay is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the Movant may have under applicable nonbankruptcy law; provided, that the Movant shall not seek or obtain an in personam judgment against the debtor.

3. Movant is permitted to offer the debtor information regarding potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan workout/loss Mitigation agreement and may enter into such agreement with the debtor without violating any Discharge Order. However, movant may not enforce any personal liabilty against the debtor if Debtor's personal liabilty is discharged in this bankruptcy case.

Submitted by Scott R. Weiss and edited in chambers.